10167. PUCKETT v. GEORGIA RAILWAY & POWER COMPANY.

BROYLES, P. J. 1. Under the pleadings and the evidence, the court did not err in directing a verdict for the defendant, or in refusing to grant a new trial.

2. Even if the rejection of testimony as complained of in the motion for a new trial was error, it does not, under all the facts of the case, require a reversal of the judgment below.

Judgment affirmed. Bloodworth and Stephens, JJ., concur.

DECIDED MAY 14, 1919. REHEARING DENIED JUNE 9, 1919.

Action for damages; from Fulton superior court—Judge Ellis. September 25, 1918.

Loving & Poole, for plaintiff.

Colquitt & Conyers, for defendant.

---

10182. DeLOACH et al. v. KENNEDY, sheriff, for use, etc.

BROYLES, P. J. 1. Under the facts of the case, the discharge in bankruptcy of the principal upon the forthcoming bond did not release the sureties upon the bond, and was not a good defense as to the sureties in the suit upon the bond. See, in this connection, Steinhauer & Wight Inc. v. Adair, 20 Ga. App. 733 (2) (93 S. E. 280), and authorities there cited; Collier on Bankruptcy (11th ed.), § 16, pp. 417, 420.

2. Under the above ruling, the court did not err in charging as complained of in the motion for a new trial; and the verdict for the plaintiff was authorized by the evidence.

Judgment affirmed. Bloodworth and Stephens, JJ., concur.

DECIDED MAY 14, 1919.

Complaint; from city court of Reidsville—Judge Collins. August 13, 1918.

C. L. Cowart, H. H. Elders, for plaintiff in error.

H. C. Beasley, contra.